# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF TEXAS MCALLEN DIVISION

| | |
|---|---|
| JOSE BARRERA,<br>      Plaintiff,<br><br>v.<br><br>JERRY PEREZ AS A SUBSTITUE TRUSTEE<br>      Defendant. | Civil Action No. _____ |

## NOTICE OF REMOVAL

  COMES NOW, Defendant Jerry Perez (the "Defendant"), who hereby removes this action from the County Court of Hidalgo County, Texas as Case No. CL-22-2432-G, to the United States District Court for the Southern District of Texas, McAllen Division. Removal is based on Improper Joinder. In support of this notice, Defendant states as follows:

### INTRODUCTION

  1. On July 1, 2022, Plaintiff, Jose Barrera ("Plaintiff") commenced this action by filing a petition against Defendant in the 7th County Court at Law of Hidalgo County, Texas as Case No. CL-22-2432-G. Plaintiff sued defendant for Injunctive Relief to prevent a foreclosure sale of the property located at 4005 San Esteban Ct. Mission, Texas 78572.

  2. This Notice of Removal is timely because thirty (30) days have not expired since the case was initially filed, making removal proper in accordance with 28 U.S.C. Section 1446(b).

## BASIS FOR REMOVAL – IMPROPER JOINDER

3. The sole named Defendant is Jerry Perez and he is not a proper party as he had no involvement in any capacity with respect to alleged actions that triggered the filing of the lawsuit.

There is no possibility of recovery by Plaintiff against Jerry Perez. The naming of Jerry Perez as Defendant is therefore an improper joinder under Federal Law pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1332.

Plaintiffs' Petition seeks injunctive relief and the value of the property that is the subject of this lawsuit exceeds $75,000.00.

## VENUE

4. The Southern District of Texas, McAllen is the proper place to file this Notice of Removal under 28 U.S.C. § 1446(a) because it is the federal district court that embraces Hidalgo County, Texas which is the place where the original action is pending. Defendant's consent to jurisdiction in the Southern District of Texas, McAllen Division. A true and correct copy of the Defendant's consent is attached as **Exhibit A.**

## NOTICE

5. Pursuant to 28 U.S.C. Section 1446(d), a copy of this Notice is being filed with the Clerk of Court for the 7th County Court at Law of Hidalgo County, Texas as Case No.CL-22-2432-G. A true and correct copy of this Notice is attached hereto as **Exhibit B**. The contents of **Exhibit C** constitute the entire file the State Court Action.

## CONCLUSION

WHEREFORE, Defendant files this Notice of Removal and removes the civil action to the United States District Court for the Southern District of Texas, McAllen Division.

Respectfully submitted,

**GHIDOTTI | BERGER LLP**

*/s/ Chase A. Berger*
Chase A. Berger, Esq.
State Bar No. 24115617
9720 Coit Road, Ste. 220-228
Plano, Texas 75025
Tel: (305) 501-2808
Fax: (954) 780-5578
Email: cberger@ghidottiberger.com
**ATTORNEY FOR DEFENDANT**