United States District Court
Southern District of Texas
**ENTERED**
September 27, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE BARRERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:22-CV-00220 |
| | § | |
| JERRY PEREZ, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Having received no response from Plaintiff to the Court's September 7, 2022 Order, the Court hereby **ORDERS** that all of Plaintiff's claims against Defendant in this action are **DISMISSED** without prejudice for want of prosecution. *See* FED. R. CIV. P. 41(b); *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) (district court may sua sponte dismiss action without prejudice for plaintiff's failure to prosecute or to comply with any court order).

SO ORDERED September 27, 2022, at McAllen, Texas.

*Randy Crane*
Randy Crane
United States District Judge